UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Applicant,<br>v.<br><br>UCBH Holdings, Inc.,<br><br>      Respondent. | Case No. CV 10-80240 MISC WHA |

1

## [~~PROPOSED~~] ORDER

2

3   The Court has considered the materials and papers submitted by counsel in this matter

4   and for good cause shown, HEREBY ORDERS as follows:

5   The Respondent may file a brief in opposition to the application, not to exceed 25 pages,

6   by Friday, October 15, 2010.

7   The Applicant may file a reply to any opposition, not to exceed 10 pages, by Thursday,

8   October 21, 2010.

9   The parties shall appear for a hearing on Thursday, October 28, 2010 at 8:00 a.m.

10   IT IS SO ORDERED.

11

12

13   Dated: __October 5_____, 2010

14                                    Judge William Alsup
                                      United Stated District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28